```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | | |
|---|---|---|
| THE DENNY MANUFACTURING COMPANY, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 09-0214-KD-M |
| | : | |
| DROPS & PROPS, INC., d/b/a BACKDROP OUTLET a/k/a BACKDROPOUTLET.COM, *et al.*, | : | |
| | : | |
| Defendants. | : | |

<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Defendant Jay Gupta's Motion to Dismiss (Doc. 30) be DENIED.

DONE this 6th day of January, 2010.

<u>s/ Kristi K. DuBose</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**